## ROCK *et al.* v. WALLACE *et al.*

1. ERROR WITHOUT PREJUDICE. An error in the ruling of the Court below, which did not result in prejudice to the appellant, is not sufficient cause for reversing a judgment.

*Appeal from Johnson District Court.*

FRIDAY, DECEMBER 18.

THE facts appear in the opinion of the Court.

*Grant & Smith* for the appellants.

*J. D. Templin* for the appellees.

LOWE, J.—In this cause a decree was entered for plaintiffs, on the 27th of November, 1861, against the defendants, including Clark Durant, who, it is alleged, was not served with notice.

At the succeeding term, Durant appeared in Court by counsel, and moved to correct the decree aforesaid by leaving out therefrom the name of Clark Durant, for the reason that he had never been served with notice. This motion was sustained on the 22d of May, 1862, and thereupon the plaintiffs moved that the said Durant, as he was

then in Court, should file his answer to the petition by the morning of the 27th thereafter. Such a rule was granted, and Durant excepting, takes this, his appeal, therefrom. It does not appear from the record that any answer was filed agreeably 'to the requirements of said rule, or that any action was taken by the Court for the failure. But the record does show, that on the 29th of May, two days thereafter, the defendant, Durant, asked and obtained an extension of sixty days within which to answer; that making default therein, a decree, *pro confesso*, was entered against him.

In this condition of the record, if there was error in the first order ruling the defendant to answer, nevertheless it was an error without prejudice, for if we should reverse the ruling on the particular point of practice made, it could not and ought not to have the effect of disturbing the decree entered against the defendant for failing to comply with another rule obtained upon his own motion. The order below will therefore be

Affirmed.